# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED VOTING SOLUTIONS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>ELECTION SYSTEMS & SOFTWARE, LLC, a Delaware corporation; and ADVANCED BALLOT SOLUTIONS, LLC, a Delaware corporation<br><br>Defendants. | Case No.: 1:14-CV-00035-GSA<br><br>**ORDER ON STIPULATION TO DISMISS ACTION**<br><br>Judge Gary S. Austin<br><br>(Doc. No. 31) |

Based on the Parties' stipulation (Doc. No. 31), this action is hereby dismissed with prejudice, with each party to bear their respective attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **January 7, 2015**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

1